An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD ALEX STEVENSON,
Appellant,
vs.
JAMES G. COX; ROBERT LEGRAND;
QUENTIN BYRNE; VALAREE OLIVAS;
DAVID CARPENTER; MATHEW
STEVENS; AND OFFICER SANTOS,
Respondents.

No. 64722

FILED

MAY 29 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order granting a motion to dismiss in a civil rights action. Sixth Judicial District Court, Pershing County; Richard Wagner, Judge.

Having considered appellant's appeal statement and the record on appeal, we conclude that the district court was within its discretion in dismissing appellant's complaint for failure to hold the NRCP 16.1 case conference. *See Arnold v. Kip*, 123 Nev. 410, 414, 168 P.3d 1050, 1052 (2007) (reviewing a district court's decision to grant a motion to dismiss under NRCP 16.1(e) for an abuse of discretion). In particular, if the case conference is not held within 180 days of a defendant's appearance, "compelling and extraordinary circumstances" must exist in order for the district court to permit the case conference to be held beyond 180 days. NRCP 16.1(b)(1), (e)(1). We recognize appellant's arguments that he filed discovery-related motions and that it would have been difficult for him to schedule the conference. It is undisputed, however, that he made no effort to communicate with respondents in an attempt to schedule the conference or in an attempt to encourage respondents' counsel to arrange for the conference. *See* NRCP 16.1(g) (specifying that

SUPREME COURT
OF
NEVADA

(O) 1947A

15-16415

pro se plaintiffs are not excused from holding a case conference). Given these undisputed facts,[1] the district court was within its discretion when it found that compelling and extraordinary circumstances did not exist to justify an extension of NRCP 16.1(e)'s 180-day time frame. We therefore ORDER the judgment of the district court AFFIRMED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jim C. Shirley, District Judge
       Ronald Alex Stevenson
       Attorney General/Carson City
       Pershing County Clerk

_____

[1]Because these facts were undisputed, they were not "contentions" needing the support of an affidavit under DCR 13(6).